IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT WHITAKER, individually and on behalf of a class of similarly situated individuals,

    Plaintiffs                      No. CIV S-11-0910 KJM-DAD

    vs.

HEALTH NET OF CALIFORNIA, INC.; HEALTH NET, INC.; and INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendants.
_____/

PORNPETCH ASSAVARUNGNIRUN, individually and on behalf of a class of similarly situated individuals,

    Plaintiffs,                   No. CIV S-11-1008 JAM EFB

    vs.

HEALTH NET OF CALIFORNIA, INC.; HEALTH NET, INC.; and INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Defendants.                 RELATED CASE ORDER
_____/

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Both are purported class actions involving the loss of

1

confidential medical and other personal information by defendants Health Net of California, Health Net and International Business Machines Corporation and raise the same three causes of action. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that CIV S-11-1008 is reassigned from Judge Mendez to the undersigned and from Magistrate Judge Brennan to Magistrate Judge Drozd. Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-11-1008 KJM DAD.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: May 3, 2011.

_____
UNITED STATES DISTRICT JUDGE

whit0910.123