CROWELL & MORING LLP
Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, California  90071
Telephone:   213.622.4750
Facsimile:   213.622.2690

CROWELL & MORING LLP
Ethan P. Schulman (CSB No. 112466, eschulman@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, California  94111
Telephone:   415.986.2800
Facsimile:   415.986.2827

Attorneys for Defendants
HEALTH NET OF CALIFORNIA, INC.
and HEALTH NET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WHITAKER, individually and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC.; HEALTH NET, INC.; and INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 2:11-CV-00910 KJM (DADx)<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Date:    n/a<br>Time:    n/a<br>Judge:   Hon. Kimberly J. Mueller |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT;
CASE NO. 2:11-CV-00910 KJM (DADx)

1  WHEREAS, Defendants Health Net, Inc. and International Business Machines Corporation (collectively "Defendants") currently must respond to the complaint by May 26, 2011;

WHEREAS, this case is related to the following cases pending in the Eastern District of California: *Assavarungnirun v. Health Net, Inc., et al.*, Civil Case No. CV 11-1008-KJM-DAD; *Avila v. Health Net, Inc., et al.*, Civil Case No. CV 11-1097-JAM-KJN; *Bowman v. Health Net, Inc., et al.*, Civil Case No. CV 11-1320-JAM-JFM; and *Bournas v. Health Net, Inc., et al.*, Civil Case No. CV 11-1262-GEB-DAD;

WHEREAS, Health Net has recently been informed that two additional related cases will be transferred from the Central District of California to the Eastern District: *Johnston v. Health Net, Inc., et al*., Civil Case No. CV 11-02958 PA (JEMx); *Kirk v. Health Net, Inc.*, Civil Case No. CV 11-02536 PA (JEMx);

WHEREAS, there are two related cases pending in the Northern District of California: *Green v. Health Net, Inc., et al.*, Civil Case No. CV 11-01797 JSW and *Eandi v. Health Net, Inc., et al.*, Civil Case No. C 11-2002 JSW[1];

WHEREAS, the parties are currently in discussions regarding methods to coordinate these actions;

WHEREAS, Plaintiff agrees that it is appropriate to extend Defendants' time to respond to the Complaint in order to permit the parties further time to discuss coordination of these actions;

WHEREAS, the parties previously stipulated to a 21 day extension of Defendants' time to respond;

THEREFORE, the parties hereby stipulate that Defendants' time to answer or otherwise respond to the Complaint shall be extended to July 11, 2011.

Defendants shall meet and confer with Plaintiff regarding any motion to be filed under Rule 12 of the Federal Rules of Civil Procedure, as required by paragraph 4(A) of this Court's

---

[1] Due to an administrative error that occurred when the case was removed from state court, the *Eandi* case is also pending in the Northern District under Civil Case No. C 11-2002 JSW C 11-2025 JSW.

standing order, no later than one week prior to filing such a motion. The meet and confer shall take place either by letter or by telephone conversation at a set and agreed upon time to thoroughly discuss the basis for any Rule 12 motion and any contentions that will be raised therein.

Dated: May 20, 2011                         CROWELL & MORING LLP


By: */s/ Jennifer S. Romano*
Jennifer S. Romano
Attorneys for Defendants
Health Net of California, Inc. and
Health Net, Inc.

Dated: May 20, 2011                         KELLER GROVER LLP


By: */s/ Eric A. Grover (as authorized on 5/20/11)*
Eric A. Grover
Attorneys for Plaintiff
Dwight Whitaker

Dated: May 20, 2011                         QUINN EMANUEL URQUHART & SULLIVAN LLP


By: */s/ Karin Kramer (as authorized on 5/20/11)*
Karin Kramer
Attorneys for Defendant
IBM Corp.

**ORDER**

Based on the stipulation of the parties, and good cause appearing, the date by which Defendants Health Net, Inc., Health Net of California, Inc. and IBM Corporation must answer or otherwise respond to the Complaint is extended from May 26, 2011 to July 11, 2011.

IT IS SO ORDERED.

DATED: May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

DCACTIVE-15259735.1

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT;
CASE NO. 2:11-CV-00910 KJM (DADx)