IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WHITAKER, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HEALTH NET OF CALIFORNIA, INC., HEALTH NET, INC., and INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>            Defendants.<br>_____/ | Civ. No.  S-11-0910 KJM DAD |
| PORNPETCH ASSAVARUNGNIRUN,<br><br>            Plaintiff,<br><br>    vs.<br><br>HEALTH NET OF CALIFORNIA, INC., et al.,<br><br>            Defendants.<br>_____/ | Civ. No. S-11-1008 KJM DAD |
| RACHEL AVILA,<br><br>            Plaintiff,<br><br>    vs.<br><br>HEALTH NET, INC., et al.,<br><br>            Defendants.<br>_____/ | Civ. No. S-11-1097 JAM KJN |

1

| | | |
|---|---|---|
| 1 | ALANA BOURNAS, et al., | |
| 2 | Plaintiffs, | |
| 3 | vs. | Civ. No. S-11-1262 GEB DAD |
| 4 | HEALTH NET, INC., et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | CECIL ORENZO BOWMAN, et al., | |
| 8 | Plaintiffs, | |
| 9 | vs. | Civ. No. S-11-1320 JAM JFM |
| 10 | HEALTH NET, INC., et al., | |
| 11 | Defendants. | |
| 12 | _____/ | |
| 13 | JENNIFER KIRK, et al., | |
| 14 | Plaintiffs, | |
| 15 | vs. | Civ. No. S-11-1376 MCE DAD |
| 16 | HEALTH NET, INC., et al., | |
| 17 | Defendants. | |
| 18 | _____/ | |
| 19 | DONALD JOHNSTON, et al., | |
| 20 | Plaintiffs, | |
| 21 | vs. | Civ. No. S-11-1377 GEB DAD |
| 22 | HEALTH NET, INC. OF CALIFORNIA, et al., | |
| 23 | Defendants. | RELATED CASE ORDER |
| 24 | _____/ | |
| 25 | | |
| 26 | ///// | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Each one stems from an alleged information security incident involving defendants Health Net of California, Health Net and International Business Machines Corporation and raises the same claims for violations of Confidentiality in Medical Information Act, Civil Code Section 56, et seq.; many also raise claims under the Unfair Competition Law, Business & Professions Code §17200, et seq. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge; it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that:

1. *Avila v. Health Net,* Civ. No. S-11-1097 JAM KJN is reassigned from Judge Mendez and Magistrate Judge Newman to the undersigned and Magistrate Judge Drozd. The caption on documents filed in the reassigned case shall be Civ. No. S-11-1097 KJM DAD.

2. *Bournas v. Health Net, Inc., et al.,* Civ. No. S-11-1262 GEB DAD is reassigned from Judge Burrell to the undersigned; Magistrate Judge Drozd shall remain the Magistrate Judge. The caption on documents filed in the reassigned case shall be Civ. No. S-11-1262 KJM DAD.

3. *Bowman v. Health Net, Inc., et al.,* Civ. No. S-11-1320 JAM JFM is reassigned from Judge Mendez to the undersigned and from Magistrate Judge Moulds to Magistrate Judge Drozd. The caption on documents filed in the reassigned case shall be Civ. No. S-11-1320 KJM DAD.

4. *Kirk, et al. v. Health Net, Inc., et al.*, Civ. No. S-11-1376 MCE DAD is reassigned from Judge England to the undersigned; Magistrate Judge Drozd shall remain the

1  assigned Magistrate Judge.  The caption on documents filed in the reassigned case shall be Civ.
2  No. S-11-1376 KJM DAD.
3      5.  *Johnston, et al. v. Health Net, Inc., of California, et al.,* Civ. No. S-11-1377
4  GEB DAD is reassigned from Judge Burrell to the undersigned.  Magistrate Judge Drozd shall
5  remain the assigned Magistrate Judge.  The caption on documents filed in the reassigned case
6  shall be Civ. No. S-11-1377 KJM DAD.
7      6.  The Clerk of the Court is directed to make appropriate adjustment in the
8  assignment of civil cases to compensate for these reassignments.
9  DATED:  June 7, 2011.

                                                  UNITED STATES DISTRICT JUDGE