UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DWIGHT WHITAKER, et al.,

        Plaintiffs,

   v.

HEALTH NET OF CALIFORNIA, INC., et al.,

        Defendant.

          NO. CIV. S 11-0910 KJM DAD

          <u>ORDER</u>

        An initial scheduling conference was held in this case on October 5, 2011. At the conference, the court proposed a trial date of July 15, 2013 but otherwise chose to defer case scheduling until resolution of the pending motions to dismiss.

        Plaintiffs requested that discovery be allowed to proceed while defendants' motions to dismiss are pending. The court has reviewed plaintiffs' propounded discovery requests and will be prepared to address the status of discovery at the motion hearing calendared for November 9, 2011.

        IT IS SO ORDERED.

DATED: November 2, 2011.

                              _____
                              UNITED STATES DISTRICT JUDGE