C. Brooks Cutter (SBN 121407)
bcutter@kcrlegal.com
**KERSHAW CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Eric H. Gibbs (SBN 178658)
ehg@girardgibbs.com
**GIRARD GIBBS, LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile:  (415) 981-4846

Michael F. Ram (SBN 104805)
mram@rocklawcal.com
**RAM, OLSON, CEREGHINO & KOPCZYNSKI, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WHITAKER, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH NET OF CALIFORNIA, INC., HEALTH NET, INC., and INTERNATIONAL BUSINESS MACHINES CORPORATION <br><br> Defendants. <br><br> AND RELATED CASES. | Case No. 11-CV-00910 KJM DAD <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION** |

**PLEASE TAKE NOTICE** that Plaintiffs Dwight Whitaker, Pornpetch Assavarungnirun, Ronnie Gayle, Kerri Aviles, Rachel Avila, Cecil Bowman, Callie Green, Alana Bournas, Jennifer Kirk, and A.Y. (a minor by and through A. David Y., parent and guardian ad litem) ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this and all cases in this consolidated action only as to Defendant International Business Machines Corporation ("IBM"), *without prejudice*.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> **(a) Voluntary Dismissal.**
>> **(1)** *By the Plaintiff.*
>>> **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>>>> **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendant IBM has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, Plaintiffs' claims against IBM may be dismissed without prejudice and without an Order of the Court.

                                  Respectfully,

DATED: February 17, 2012                **KERSHAW, CUTTER & RATINOFF, LLP**

                                  By:   /s/ C. Brooks Cutter
                                           C. Brooks Cutter
                                           *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: February 17, 2012 | **RAM, OLSON, CEREGHINO & KOPCZYNSKI, LLP** |
| | | By:  /s/ Michael F. Ram |
| | |          Michael F. Ram |
| | |          *Attorneys for Plaintiffs* |
| 7 | DATED: February 17, 2012 | **GIRARD GIBBS, LLP** |
| | | By:  /s/ Eric H. Gibbs |
| | |          Eric H. Gibbs |
| | |          *Attorneys for Plaintiffs* |