C. Brooks Cutter (SBN 121407)
**KERSHAW CUTTER & RATINOFF LLP**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: bcutter@kcrlegal.com

Michael F. Ram, (SBN 104805)
**RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com

Eric H. Gibbs (SBN 178658)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: ehg@girardgibbs.com

*Plaintiffs' Lead Counsel*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WHITAKER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC., et al.<br><br>Defendant. | Case No. 11-CV-00910 KJM DAD<br><br>**MOTION TO APPOINT GUARDIAN AD LITEM; DECLARATION OF PROPOSED GUARDIAN AD LITEM, KERRI A.; ORDER OF APPOINTMENT OF GUARDIAN AD LITEM** |

Plaintiff L.A., in support of her motion for the appointment of a Guardian ad Litem, states as follows:

1. L.A. is a minor of the age of 5 years.

2. L.A. is insured by Health Net, Inc. and seeks to enforce certain claims and causes of action resulting from Health Net, Inc.'s loss or disclosure of the identities, personal information, financial information, and medical information of Health Net, Inc. insureds in or around January 2011.

3. L.A. has no general guardian, and no previous motion for appointment of a Guardian ad Litem has been filed in this matter.

4. The proposed Guardian ad Litem, Kerri A., is fully competent and responsible.  She is qualified to understand and protect the rights of the person she will represent and has no interest adverse to the interests of her minor child, L.A.

5. The proposed Guardian is L.A.'s mother and is willing to act as Guardian ad Litem as set forth in the accompanying declaration and consent.

WHEREFORE, petitioner L.A. moves the Court for an order appointing Kerri A. as Guardian ad Litem for the purpose of pursuing her claim against Health Net of California, Inc.

DATED: April 20, 2012                    Respectfully submitted,

**GIRARD GIBBS LLP**

By:      /s/ Eric H. Gibbs
              Eric H. Gibbs

Attorney for Plaintiff L.A.

Case 2:11-cv-00910-KJM-DAD   Document 68   Filed 04/27/12   Page 3 of 3

1 **ORDER**

2  THE COURT FINDS that it is reasonable and necessary to appoint a Guardian ad Litem for the
3 minor child, L.A., appointed as requested.

4

5  THE COURT ORDERS that Kerri A. is hereby appointed as the Guardian ad Litem for minor
6 child, L.A.

7 Dated:   April 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING GUARDIAN AD LITEM