IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT WHITAKER; et al.,

    Plaintiffs,                                   No. CIV S-11-0910 KJM-DAD

    vs.

HEALTH NET OF CALIFORNIA, INC.; et al.,

    Defendants.
_____/

ADRIENNE G JANIS,

    Plaintiff,                                     No. CIV S-12-1171 KJM-EFB

    vs.

HEALTH NET, INC.; et al.,                             <u>ORDER</u>

    Defendants.
_____/

        Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same . . . transaction, or event" and "similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(2) & (3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1

1  Likewise, consolidation of these matters is appropriate as these actions involve common
2  questions of law and fact.  FED. R. CIV. P. 42(a)(3).
3        As a result, it is hereby ORDERED that CIV S-12-1171, is reassigned from
4  Magistrate Judge Edmund F. Brennan to Magistrate Judge Dale A. Drozd.  Henceforth, the
5  caption on documents filed in this reassigned case shall be shown as: CIV S-12-1171 KJM-
6  DAD.
7        It is further ORDERED that once this action is transferred to Magistrate Judge
8  Drozd, it should be consolidated with the related action captioned CIV S-11-0910 KJM-DAD.
9        IT IS SO ORDERED.
10  DATED:  June 8, 2012.

UNITED STATES DISTRICT JUDGE