1  CROWELL & MORING LLP
   Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
2  515 South Flower St., 40th Floor
   Los Angeles, California 90071
3  Telephone:  213.622.4750
   Facsimile:   213.622.2690
4
   CROWELL & MORING LLP
5  Ethan P. Schulman (CSB No. 112466, eschulman@crowell.com)
   275 Battery Street, 23rd Floor
6  San Francisco, California 94111
   Telephone:  415.986.2800
7  Facsimile:   415.986.2827

8  Attorneys for Defendants
   HEALTH NET OF CALIFORNIA, INC.
9  and HEALTH NET, INC.

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13
   | DWIGHT WHITAKER, et al., | Case No. 2:11-CV-00910 KJM (DADx) |
   |---|---|
   | Plaintiff, | CLASS ACTION |
   | v. | STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF CASE PENDING MEDIATION |
   | HEALTH NET OF CALIFORNIA, INC., | |
   | Defendant. | Date:  n/a<br>Time:  n/a<br>Judge: Hon. Kimberly J. Mueller |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF CASE PENDING MEDIATION;
CASE NO. 2:11-CV-00910 KJM (DADx)

Plaintiff Dwight Whitaker and Defendant Health Net of California, Inc. ("Health Net") stipulate as follows:

1. On June 18, 2012, Health Net filed a motion to dismiss Plaintiff's Amended Consolidated Complaint;

2. On September 13, 2012 (Docket No. 79), the Court entered an order continuing the hearing on Health Net's motion to dismiss to November 30, 2012 to allow the parties time to mediate the case;

3. The parties held a one-day mediation on October 1, 2012, and while the parties did not resolve their disputes at the mediation, they remain engaged in active settlement discussions;

4. Plaintiff's opposition to the motion to dismiss is currently due on November 13, 2012;

5. The parties agree that in the interest of judicial economy the case should be stayed pending conclusion of the parties' settlement discussions.

**THEREFORE**, the parties, through their counsel of record, hereby stipulate that the case should be stayed for 90 days, from October 31, 2012 to January 29, 2013.

Dated: October 30, 2012                                       CROWELL & MORING LLP

By: */s/ Ethan P. Schulman*
Ethan P. Schulman
Attorneys for Defendants
Health Net of California, Inc. and
Health Net, Inc.

Dated: October 30, 2012                                       KERSHAW CUTTER & RATINOFF LLP

By: */s/ C. Brooks Cutter*
C. Brooks Cutter
Attorneys for Plaintiff
Dwight Whitaker

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF CASE PENDING MEDIATION;
CASE NO. 2:11-CV-00910 KJM (DADx)

## [PROPOSED] ORDER

Based on the stipulation of the parties, and good cause appearing, the case is hereby stayed until January 29, 2013. The hearing on Defendant's motion to dismiss is off calendar.

IT IS SO ORDERED.

DATED: _____

                                                     Hon. Kimberly J. Mueller
                                                     United States District Judge

DCACTIVE-21524473.1