CROWELL & MORING LLP
Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, California 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

CROWELL & MORING LLP
Ethan P. Schulman (CSB No. 112466, eschulman@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendants
HEALTH NET OF CALIFORNIA, INC.
and HEALTH NET, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WHITAKER, et al., | Case No. 2:11-CV-00910 KJM (DADx) |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **JOINT STATUS REPORT AND STIPULATION REGARDING EXTENSION OF STAY PENDING MEDIATION; [PROPOSED] ORDER** |
| HEALTH NET OF CALIFORNIA, INC., | |
| Defendant. | Date: n/a<br>Time: n/a<br>Judge: Hon. Kimberly J. Mueller |

By minute order filed November 1, 2012, the Court granted the parties' stipulation to stay this action for 90 days, pending the conclusion of the parties' settlement discussions, and vacated the hearing on Defendant's motion to dismiss set for November 30, 2012. The Court instructed the parties to file monthly status reports on the progress of settlement discussions. This joint report and stipulated request for an extension of the existing stay is filed by Plaintiff Dwight Whitaker and Defendant Health Net of California, Inc. ("Health Net").

As noted in the parties' stipulation, the parties held an initial mediation session on October 1, 2012 before the Hon. Edward A. Infante (Ret.) under the auspices of JAMS. The parties have scheduled a second all-day mediation session. Due to scheduling conflicts on the part of the mediator and the parties, the next session is currently scheduled to be held on February 19, 2013. Following the conclusion of that mediation session, the parties will promptly report to the Court whether or not a settlement has been reached. In the interim, the parties respectfully request that the Court extend the existing stay of the case, which will expire on January 29, 2013, by a period of 30 to 60 days to enable the parties to complete mediation.

Respectfully submitted,

Dated: December 28, 2012            CROWELL & MORING LLP


                                    By: */s/ Ethan P. Schulman*
                                    Ethan P. Schulman
                                    Attorneys for Defendants
                                    Health Net of California, Inc. and
                                    Health Net, Inc.

Dated: December 28, 2012            KERSHAW CUTTER & RATINOFF LLP


                                    By: */s/ C. Brook Cutter*
                                    C. Brooks Cutter
                                    Attorneys for Plaintiff
                                    Dwight Whitaker

DCACTIVE-21925314.1

1 | Based on the stipulation of the parties, and good cause appearing, the case is hereby further stayed from January 29, 2013 until _____, 2013.

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE