1  CROWELL & MORING LLP
   Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
2  Nathanial J. Wood (CSB No. 223547, nwood@crowell.com)
   515 South Flower St., 40th Floor
3  Los Angeles, California  90071
   Telephone:   213.622.4750
4  Facsimile:    213.622.2690

Attorneys for Defendants
HEALTH NET OF CALIFORNIA, INC.
and HEALTH NET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DWIGHT WHITAKER, et al.,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTH NET OF CALIFORNIA, INC.,<br><br>        Defendant. | Case No. 2:11-CV-00910 KJM (DADx)<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT AND REQUEST FOR DISMISSAL**<br><br>Date:     n/a<br>Time:    n/a<br>Judge:   Hon. Kimberly J. Mueller |
|---|---|

1    Pursuant to the Court's June 30, 2014 Minute Order (Docket No. 91), the parties hereby
2    submit the following joint status report:
3    As noted in previous status reports, the parties sought approval of the proposed class
4    action settlement in the Sacramento County Superior Court, in which a parallel action, *Shurtleff v.*
5    *Health Net of California, Inc.*, No. 34-2012-00121600-CU-CL-GDS, is pending before Judge
6    David Brown in Department 53 of that Court.  On June 24, 2014, Judge Brown granted final
7    approval of the class settlement.  Attached hereto as Exhibit A is a copy of the final approval
8    order.  On July 11, 2014, Judge Brown entered a Judgment in the *Shurtleff* action.  Attached
9    hereto as Exhibit B is a copy of the Judgment.
10   Paragraph 8 of the *Shurtleff* Judgment directs the parties to dismiss the related class
11   actions, including this action.  Pursuant to that agreement, the parties hereby request that the
12   Court dismiss this action with prejudice.

13                                    Respectfully submitted,

14   Dated: July 21, 2014             CROWELL & MORING LLP

15                                    By: /s/ *Jennifer S. Romano*
16                                    Jennifer S. Romano
                                      Attorneys for Defendants
17                                    Health Net of California, Inc. and Health Net, Inc.

18   Dated: July 21, 2014             KERSHAW CUTTER & RATINOFF LLP

19                                    By: /s/ *C. Brooks Cutter*
                                      C. Brooks Cutter
20                                    Attorneys for Plaintiff
                                      Dwight Whitaker
21   DCACTIVE-28521498.1

22
23
24
25
26
27
28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-    JOINT STATUS REPORT AND REQUEST FOR
       DISMISSAL; CASE NO. 2:11-CV-00910 KJM (DADx)